# Order

**Michigan Supreme Court**
**Lansing, Michigan**

July 30, 2013

147048

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano,
Justices

ANGELA RENEE WARE,
       Plaintiff-Appellee,

v

BRONSON METHODIST HOSPITAL,
       Defendant-Appellant,
and

PATRICIA M. WARK,
       Defendant.

SC: 147048
COA: 307886
Kalamazoo CC: 2010-000635-NZ

_____/

     On order of the Court, the application for leave to appeal the March 19, 2013 order of the Court of Appeals is considered and, pursuant to MCR 7.302(H)(1), in lieu of granting leave to appeal, we REMAND this case to the Court of Appeals for consideration as on leave granted.



     I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

July 30, 2013



Clerk

t0722